### Pennsylvania *v.* Charles Craig, Adam Craig, and four others.

THE defendants were indicted for a riot, in beating *William Rowley.* The provocation was, that *Rowley* ſaid, that it was a burleſque on the county, that old Mr. *Craig* (the father of the two *Craigs,* and then lately dead) ſhould be a county commiſſioner.

It was doubtful whether the evidence affected any 1794.
but *Charles Craig*; and there was no count for an af-
fault and battery.

*Rofs*, for the defendants, expatiated on the provocation,
and ftated, that there could be no conviction unlefs three 1*L.Ray.*484.
were guilty.

PRESIDENT. Government is eftablifhed, to reftrain
the paffions of men, by certain rules. Whether thefe
rules be the beft, that might be eftablifhed, or not;
while they exift, they muft be prefumed the beft, or,
whether or not, they muft be fubmitted to. We are
fet, to execute, not to make, laws. Juries are not
courts of honour or difcretion, at liberty to do as they
pleafe, but bound by oath, to judge according to truth,
and the rules of the ftate, that is the laws. According
to our laws, no words, however irritating, will juftify a
battery. Our laws allow force only to repel force.

It is the duty of all men, to preferve the peace: and
thofe citizens, who ftand by filently, and fee, without
endeavouring to prevent or reftrain, a breach of the
peace, are to blame; and, if the paffions of the injured
perfon fo far miflead his judgment, as to lead him to
confider and profecute thofe fpectators as parties, their
fate is not to be regretted; and though a jury will not,
for this only, convict them, yet this paffive conduct, and
defect of duty, may be conftrued as an acquiefcence in
the offence, if not an approbation of it, and a prefump-
tion of guilt may be drawn from it, if it be not ex-
plained by other circumftances.

To make a man a party to a riot, he muft be active,
either in doing or countenancing, or fupporting, or rea-
dy, if neceffary, to fupport the unlawful act. If any
one of thefe perfons, with any two others, whether of
thefe or not, committed the unlawful act charged in
this indictment, you will convict him or them named
in the indictment of this riot. If the unlawful act was
done by only one, without any aiding or abetting him,
this one, though guilty of an affault and battery, muft
be acquitted on this indictment for a riot, which is a
more aggravated offence.

Verdict—not guilty.